Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

Renitta C McKinstry

**Plaintiff**
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

- The Jefferson County Sheriff Office
- The Alabama State Department of Education
- The Jefferson County Board of Ed Et al

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

FILED
2023 APR 20 P 4:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

Case No.: 2:23cv514-ACA
*(to be filled in by the Clerk's Office)*

JURY TRIAL  ☑ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

    **A. The Plaintiff**

    Name: Renitta C McKinstry
    Street Address: 1487 Maxwell Circle
    City and County: Tuscaloosa, Al 35407
    State and Zip Code:
    Telephone Number: (205) 765-7701

    **B. The Defendant(s)**

    Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
- Name: The Jefferson County Board of Ed et al
- Job or Title: Public School / Employer
- Street Address: 2100 18th Street South
- City and County: Birmingham, Al / Jefferson
- State and Zip Code: Alabama 35209

Defendant No. 2
- Name: The Jefferson County Sheriff Office et al
- Job or Title: Sheriff Office (responsible for warrant arrests)
- Street Address: 2200 Reverend Abraham Woods Jr Blvd
- City and County: Birmingham, Al 35203
- State and Zip Code:

Defendant No. 3
- Name: The Alabama State Department of Education et al
- Job or Title: Employer to Jefferson Co BOE/self
- Street Address: 50 N Ripley Street
- City and County: Montgomery
- State and Zip Code: Alabama, 36104

Defendant No. 4
- Name: AEA
- Job or Title: Teacher union
- Street Address: P.O. Box 4177
- City and County: Montgomery
- State and Zip Code: Alabama, 36103

Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 5
Name: AFT
Job or Title: Teacher Union
Street Address: 1901 10th Ave. South
City and County: Birmingham
State and Zip Code: Alabama 35205

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Constitutional or Federal Question   ☐ USA Defendant   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction is USA defendant**

The Defendant(s)

Name of Agency _____

Address _____

**B. If the Basis for Jurisdiction is a Constitutional or Federal Question**

Wrongful Arrest/Warrant/Termination

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

First Amendment
42 U.S.C. § 1983     Sixth Amendment
4th Amendment        Seventh Amendment
5th Amendment        Eighth Amendment
ADA                  Ninth Amendment
Title VII Civil Rights   Fourteenth Amendment
Sections 2000e-2     Section 2000e-7   Section 2000e-9
Sections 2000e-3 (704)  Section 2000e-8  Section 2000e-10
Sections 2000e-4                         Second Amendment
Sections 2000e-5                         Eleventh Amendment

Pro Se General Complaint for a Civil Case (Rev. 10/16)

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, (name) **Renitta C McKinstry**, is a citizen of the State of (name) **Alabama**.

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation

      The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

      Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

   **To Be Determined. The Max The Law allows that exceeds $75,000**

III. **Statement of Claim** **Negligence/ wrongful arrest/ wrongful termination Compensatory damages/ punitive/ back pay/ forward pay**

**Counseling for the rest of my life.**

Pro Se General Complaint for a Civil Case (Rev.10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

All defendants were involved in an arrest/warrant that was retalitary and not dismissed until April 21, 2023

This case goes with case #5

2:20-cv-00735-JHE (currently open)
2:17-cv-01880-RDP (currently terminated) requested to reopen
7:22-cv-00934-ACA (currently terminated) shall request to reopen

ALL JOB DISCRIMINATION / RETALIATION

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(See Cases)

Amounts to be determined by court
Compensatory — $5 million TBD
Punitive — $1 million TBD
Personal Injury — $ TBD
Negligence — $ TBD
Civil Rights Violation — $$ TBD
Title VII et al
Emotional/mental distress — $ TBD
Damaged Reputation $ TBD
ADA Violations — $ TBD
To Be Determined = TBD      Back, Forward, Future Pay
Failure to adhere to Due Process
Failure to adhere to
  SFA. (To be amended later)

Page 5 of 7

* Violation of Federal law

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name  **RENITTA**        Last Name  **MCKINSTRY**
Mailing Address  **P. O. Box 72285**
City and State  **Tuscaloosa, AL**         Zip Code  **35407**
Telephone Number  **(205) 765-7701**
E-mail Address  **renitta.mckinstry6@gmail.com**

Signature of plaintiff  *Renitta A McKinstry*
Date signed  **4-20-23**

**\*\*OPTIONAL\*\***

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

Pro Se General Complaint for a Civil Case (Rev. 10/16)

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

☑ HTML – Recommended for most e-mail clients
☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

renittamckinstry@gmail.com

Participant signature: Renitta C McKinstry

Date: 4-20-23